# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D23-2399
LT Case No. 2021-DP-20

_____

B.M., MOTHER OF A.M., V.M.,
C.M., D.M., C.M., AND V.M.,
CHILDREN,

    Appellant,

    v.

DEPARTMENT OF CHILDREN
AND FAMILIES,

    Appellee.

_____

On appeal from the Circuit Court for Flagler County.
Christopher A. France, Judge.

Richard F. Joyce, Special Assistant Regional Counsel, Office of
Criminal Conflict and Civil Regional Counsel, Casselberry, for
Appellant.

Rachel Batten, of Children's Legal Services, Brooksville, for
Appellee.

Sara Elizabeth Goldfarb, Statewide Director of Appeals, and
Caitlin E. Burke, Senior Attorney, Tallahassee, for the Office of
the Guardian Ad Litem.

January 2, 2024

PER CURIAM.

AFFIRMED.

JAY, EISNAUGLE, and BOATWRIGHT, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____